In the Matter of the Accounting of EDWARD C. SCHAEFER
et al., as Executors and Trustees under the Will of
FREDERICK SCHAEFER, Deceased, Appellants.

ALBERT SCHAEFER, Respondent.

*Matter of Schaefer,* 178 App. Div. 117, affirmed.
(Argued November 13, 1917; decided November 27, 1917.)

APPEAL, by permission, from an order of the Appellate
Division of the Supreme Court in the first judicial depart-
ment, entered June 15, 1917, which modified and affirmed
as modified a decree of the New York County Surro-
gate's Court settling the accounts of the executors and
trustees under the will of Frederick Schaefer, deceased.
Decedent died in 1897. A portion of the estate con-
sisting of stock of the par value of $100, but carried by
the trustees at a value of $200 per share, was in 1901
set off for the benefit of respondent, under a trust pro-
vided for in the will. The stock continued in the
possession of the trustees until sold in 1912 at $415
a share, an increase of $215 a share. The life tenant
contended that of this increase at least a portion
represents accumulated surplus profits and that
these had been available for distribution to the
stockholders as dividends and should equitably pass to
the beneficiary of the trust as income, instead of being
accumulated and added to the principal of the estate.
The Surrogate's Court held that the proceeds of the
sale could not be apportioned but that all of it must
be treated as principal. The Appellate Division reversed
the Surrogate's Court and held that so much of the
price of the stock as represented accumulated earnings
during the period of the trust should be paid to the life
tenant as income. The following question was certified:
" Is the life beneficiary, Albert Schaefer, entitled to receive,
as part of the income of the trust fund, so much of the
sum received by the trustees, upon the sale of the stock
held in trust for him, as represented a proportionate
part of the increase in value of the assets of the corpo-

ration arising from the application by said corporation of a portion of its net profits to the increase and appreciation of its said assets? "

*Ashbel P. Fitch* for appellants.

*Conrad Saxe Keyes* and *Axel Josephsson* for respondent.

Order affirmed, with costs to respondent payable out of the corpus of the trust fund, and question certified answered in the affirmative, on·opinion of SCOTT, J., in the Appellate Division.

Concur: HISCOCK, Ch. J., CHASE, CUDDEBACK, CARDOZO, McLAUGHLIN, CRANE and ANDREWS, JJ.